**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CARRIER CREDIT SERVICES,
INC., as agent for
SEA STAR LINE, LLC,

      Plaintiff,

v.                            CASE NO. 3:03-cv-954-J-25HTS

TROPICAL DISTRIBUTORS
CENTER, INC.,

      Defendant.
_____

**O R D E R**

This cause is before the Court on Plaintiff's[1] Motion for Writ of Garnishment (Doc. #46; Motion), filed on January 26, 2006. As it appears the proposed garnishee is located in the Southern District of Florida, *see* Writ of Garnishment, attached to the Motion, the Motion is **DENIED** without prejudice to the filing of a similar motion that includes a memorandum with legal authority demonstrating it is appropriate for this Court to issue the writ. *See* Rule 3.01(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of February, 2006.

                                        /s/      Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff appears to have been misidentified within the text of the motion.

Copies to:

Counsel of Record
    and *pro se* parties, if any